United States District Court
Southern District of Texas
**ENTERED**
February 05, 2016
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SHANNON N. GOODIE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-2198 |
| | § | |
| THE ATTACHMATE GROUP, d/b/a | § | |
| MICROFOCUS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On December 31, 2015, the court granted in part the motion by the defendant, The Attachmate Group, d/b/a Microfocus, to dismiss Shannon Goodie's complaint. The court dismissed, with prejudice, Goodie's claim for a racially hostile work environment. The court also ordered Goodie to file an amended pleading by January 15, 2016, to clarify the amended complaint because it did not make sense as drafted and therefore did not state a claim on which relief could be granted. The order warned Goodie that if she failed to amend her complaint, her case could be dismissed.

Goodie did not amend or seek additional time by January 15, 2016. The court has allowed additional time for her to amend, but nothing has been submitted. This case is dismissed, with prejudice, for failure to state a claim, for failure to comply with the court's order, and for failure to prosecute with diligence.

SIGNED on February 5, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge